UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stacey Diassinos,

           Plaintiff,

—v—

Oliveira Contracting, Inc., et al.,

           Defendants.



19-cv-7841 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In the proposed case management plan filed by the parties in the above-captioned case on January 13, 2020, they consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636 (c). Accordingly, the initial pretrial conference before the undersigned scheduled for January 24, 2020 is hereby adjourned. This case will be referred by separate order to Magistrate Judge Sarah Netburn to conduct all further proceedings.

SO ORDERED.

Dated: January ___, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge