UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACEY DIASSINOS,

                                                            **Plaintiff,**                        19-CV-07841 (SN)

                 **-against-**                                  **ORDER**

OLIVEIRA CONTRACTING, INC., et al.,

                                               **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      As discussed during today's discovery conference, the parties shall file a joint status letter on May 7, 2021, which shall describe the progress the parties have made on expert discovery. The parties are also reminded that if they wish to engage in settlement discussions before me, they should contact Courtroom Deputy Rachel Slusher via email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:       February 5, 2021
                   New York, New York