UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACEY DIASSINOS,

                               **Plaintiff,**                        19-CV-07841 (SN)

    -against-                                                           **ORDER**

OLIVEIRA CONTRACTING, INC., et al.,

                               **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the Court's decision on the parties' motions to strike and for summary judgment, a status conference is scheduled for Wednesday, September 29, 2021, at 10:00 a.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. The Court intends to set a schedule for pretrial filings and trial.

       In advance of the conference, the parties are directed to meet and confer as to whether they would like to be referred for a settlement conference before another magistrate judge or to the Court's mediation program. The parties should also discuss whether they consent to a bench trial in order to expedite the trial date.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      September 7, 2021
               New York, New York