UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACEY DIASSINOS,

                         **Plaintiff,**                        19-CV-07841 (SN)

      -against-                                           **ORDER**

OLIVEIRA CONTRACTING, INC., et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Monday, November 22, 2021, at 10 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Given that this case is scheduled for a jury trial before this Court, the parties are ordered to confirm in a joint letter that they consent to a settlement conference before me or whether they would prefer a referral to another Magistrate Judge. If the parties consent to a settlement conference before me, they are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday November 15, 2021, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov.

Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         November 8, 2021