UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACEY DIASSINOS,

                                                Plaintiff,                                          19-CV-07841 (SN)

          -against-                                                      **ORDER**

OLIVEIRA CONTRACTING, INC., et al.,

                                         Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendant moved to exclude Plaintiff's medical expert on the ground that the expert witness did not comply with Federal Rule of Civil Procedure 26(a)(2)(B)(v)-(vi) by failing to disclose "a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition" and "a statement of the compensation to be paid for the study and testimony in the case." In support of the motion, Defendant filed an attorney declaration, to which he purports to attach the expert disclosure report as Exhibit A and email between counsel as Exhibit B. See ECF No. 74. No exhibits, however, are attached.

       Defendant is ORDERED to supplement his motion to include Exhibit A and B by no later than January 18, 2022. Plaintiff is WARNED that, if true, these deficiencies may preclude Plaintiff's medical expert from testifying. Plaintiff may, however, cure these deficiencies by supplementing her expert report by no later than January 21, 2022.

       The parties are also ORDERED to prepare and submit, in three-ringed binders, along with their joint proposed Pretrial Order, one copy of each documentary exhibit that they seek to

be admitted, pre-marked and assembled sequentially with exhibit numbers.

**SO ORDERED.**

                                                                           _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       New York, New York
                 January 13, 2022