UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STACEY DIASSINOS,

                           Plaintiff,                        19-CV-07841 (SN)

          -against-                                      **ORDER**

OLIVEIRA CONTRACTING, INC., et al.,

                           Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On Monday, February 7, 2022, the Court will select a jury and commence the trial in this case. The attention of counsel is directed to Local Civil Rule 47.1, which provides that the Court may assess the parties or counsel with the cost of one day's attendance of the jurors (approximately $1000.00) if a case is settled after the jury has been summoned or during trial. A civil jury is considered summoned for a trial as of noon of the business day prior to the designated date of the trial. The Court has typically assessed such costs.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     New York, New York
                January 14, 2022