```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STACEY DIASSINOS,

                              **Plaintiff,**

    -against-

OLIVEIRA CONTRACTING, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**19-CV-07841 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has been informed that the Parties have reached a settlement in this case. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within thirty (30) days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                             _____
                                                             SARAH NETBURN
                                                              United States Magistrate Judge

DATED:    New York, New York
                February 4, 2022